# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JARVIS BOWIE

NO. 2023 KW 0605

JUNE 27, 2023

---

In Re:   State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-02287.

---

BEFORE:   LANIER, HESTER, AND MILLER, JJ.

**WRIT GRANTED.** The district court abused its discretion in granting the defendant's motion in limine to allow the defense to cross-examine the state's witness, Stephanie Cofield, with regard to her unrelated criminal arrests to show bias with no basis demonstrated beyond mere speculation. A party may attack the credibility of a witness by questioning him to show bias; however, an arrest may not be used to impeach a witness' general credibility. See La. Code Evid. arts. 607 and 609.1. See also **State v. Mills**, 2018-0047 (La. App. 1st Cir. 9/24/18), 259 So.3d 1045, writ denied, 2018-1686 (La. 4/15/19), 267 So.3d 1128.

**WIL**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT